**Order entered July 16, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01229-CR

### JOHNNY RAY WALKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-60285-Y**

## ORDER

The Court **GRANTS** the State's July 15, 2015 second motion to extend time to file its brief only to the extent that we **ORDER** the State to file its brief by **MONDAY, AUGUST 17, 2015**.

/s/    ADA BROWN
       JUSTICE